UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
AUG 30 2010
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

PLAINTIFF
Bryant, Donald A.

Plaintiff
Donald A. Bryant, Pro Se

V.

4:10-CV-1175JLH

DEFENDANT
IRS (Agency) Def 1
Dept. of Treasury

Defendant

## COMPLAINT

1. Plaintiff's name and address
   Donald A. Bryant
   15 Bentley Circle
   Little Rock, AR  72210
   (501) 455-4499

2. Defendant name and address
   IRS (agency)
   700 West Capitol
   Little Rock, Ar  72210

3. Jurisdiction
   28 USC 1331

   This case assigned to District Judge Holmes
   and to Magistrate Judge Ray

4. Venue
   Proper Title 28 USC Sec 552

5. Factual basis for lawsuit; attachment judge order with tax jeopardy records given.
   Cause 26:  27429 non-master file taxation 1099 record, and failure to comply with judge order issued August 18, 2010 by sending non-master files that causes tax jeopardy with no regard to court or plaintiff.  Larceny Law - by withholding Texas Lottery/A. Clay General, filed w-9 requested.

   Refusal to produce master file records for forms 4506 which paid for on September 29, 2009, $1,250.00 for records pertaining to A. Clay General, Bryant & Clay Limited Partnership and Donald Bryant, refusal to enforce filed form 8082 using Sch k-1+1. Then Defendant made effort to correct taxes sending court certified return for only Donald Bryant showing -0- taxes due, but stamped on front do not process, alone with no master file included.

6. Relief sought title 28 USC 1361 and venue Title 28 USC
   An injunction by court ordering the  Defendant 1 for recovery of records and enforcement of judgment to comply with filed form w-9, 8082, 4506 and 2848 power of attorney ordering relief sought using form 8082 to make changes to Gen., Partnership, and Partners records for 2000-2009 using sch.k-1+1.  Relief sought for money taken to be returned with the w-9 certification. To produce documents with corrections to form 4506 paid for September 29, 2009 with and correction entailing master file record for all on form 8082. Requesting that the courts serve the Defendant due to financial hardship by Local Rule 4.

Requesting courts keep original filings from case of 4.09 vs 941 with a default judgment to accompany 21 day deadline if court deems necessary for trail.

In a good faith effort we have tried to obtain these records without success so plaintiff is seeking an injunction granted to resolve matters set forth by the judges.

In support of this complaint on August 30, 2010, I certify to all above claims as true and accurate.

Respectfully Submitted,
Donald A. Bryant
15 Bentley Circle
Little Rock, AR   72210
(501) 455-4499

Subscribed and Sworn on before me, Notary Public, for and within the Pulaski County and Arkansas State aforesaid on this 30 day of August 2010.

My commission Expires
November 14th, 2011

Notary Public

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DONALD A. BRYANT**                                                           **PLAINTIFF**

v.                                NO. 4:09-CV-00941 BSM

**INTERNAL REVENUE SERVICE**                                **DEFENDANT**

## ORDER

A hearing was conducted on plaintiff Donald A. Bryant's motions to compel (Doc. Nos. 26, 65, 66, 92, 98, 100), to dismiss (Doc. No. 36), for summary judgment (Doc. 83), for order (Doc. Nos. 46, 86), to produce (Doc. No. 97) and for hearing (Doc. No. 103); and on defendant Internal Revenue Service's motions to dismiss (Doc. Nos. 38, 96) and to quash (Doc. No. 106). When asked what relief he is seeking in this lawsuit, plaintiff stated that all he wants are copies of his IRS form 1099 for the past ten years from defendant. This relief is reasonable and should be granted.

Accordingly, defendant is hereby ordered to produce to plaintiff any records it has of plaintiff's 1099 forms for the years spanning 2000 to 2009. Defendant is ordered to submit an order of dismissal with prejudice certifying that it produced copies of those forms and said order will be promptly entered. All pending motions (Doc. Nos. 26, 36, 38, 46, 65, 66, 83, 86, 92, 96, 97, 98, 100, 103, 106) are denied as moot.

IT IS SO ORDERED this 18th day of August, 2010.

 

                                                                   UNITED STATES DISTRICT JUDGE