**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

DONALD A. BRYANT                                                                                          PLAINTIFF

v.                                              No. 4:10CV01175 JLH

INTERNAL REVENUE SERVICE and
DEPARTMENT OF TREASURY                                                                         DEFENDANTS

## ORDER

Donald A. Bryant has filed a complaint attached to which is an order entered by the Honorable Brian S. Miller in the case of *Donald A. Bryant v. Internal Revenue Service*, E.D. Ark. No. 4:09CV00941 BSM. In that case, Judge Miller entered an order directing the Internal Revenue Service to produce records of Bryant's 1099 Forms for the years 2000 through 2009. He also entered an order dismissing the action with prejudice after the IRS certified that it produced those copies.

The complaint in this case is unclear. The Court cannot determine whether Bryant does not believe that the Internal Revenue Service has complied with the order entered by Judge Miller, or whether he believes that he should be entitled to relief in addition to the relief granted by Judge Miller. Either way, it appears that the case involves the same disputes as case No. 4:09CV00941 BSM, which Judge Miller dismissed with prejudice. If Bryant believes that further relief is needed, his alternatives are to file appropriate motions under the Federal Rules of Civil Procedure in Case No. 4:09CV00941 BSM or to appeal the order dismissing the case to the United States Court of Appeals for the Eighth Circuit. He is not entitled, however, to continue that litigation in a separate case. Therefore, this action will be dismissed with prejudice.

IT IS SO ORDERED this 1st day of September, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE