**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

DONALD A. BRYANT                                                                                          PLAINTIFF

v.                                             No. 4:10CV01175 JLH

INTERNAL REVENUE SERVICE and
DEPARTMENT OF TREASURY                                                                       DEFENDANTS

## JUDGMENT

Pursuant to the order entered separately today, this action is dismissed with prejudice. The motion for leave to proceed *in forma pauperis* is DENIED as moot.

IT IS SO ORDERED this 1st day of September, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE