IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DONALD A. BRYANT                                                                                          PLAINTIFF

v.                                            No. 4:10CV01175 JLH

INTERNAL REVENUE SERVICE and
DEPARTMENT OF TREASURY                                                                          DEFENDANTS

### ORDER

Donald A. Bryant has filed a motion to seal this case "due to Confidential Business Information and National Secrets." The complaint was filed on August 30, 2010, and the case was dismissed on September 1, 2010. Bryant filed a notice of appeal on September 21, 2010. There is no factual information in the file other than that placed in the public record by Donald A. Bryant. The Court declines to seal the case when Bryant has filed the only factual information that appears in the record and has not moved to seal the record for some six months. Moreover, the Court cannot find from reviewing the information in the record that any of it is confidential business information or national secrets. Therefore, the motion is denied.

IT IS SO ORDERED this 15th day of February, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE